# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SORIN 3T | : | MDL DOCKET NO. 2816 |
| HEATER-COOLER SYSTEM | : | Civil Action No. 1:18-MD-2816 |
| PRODUCTS LIABILITY | : | |
| LITIGATION (NO. II) | : | Hon. John E. Jones, III |
| | : | |
| | : | THIS DOCUMENT RELATES TO: |
| | : | Kristine L. Hamilton v. LivaNova Holding USA, Inc, Case No: 18-cv-00882-JEJ |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

Plaintiff, Kristine L. Hamilton, hereby voluntarily dismisses this action, without prejudice, as to all Defendants. All parties will bear their own costs. Upon confirmation that a final settlement payment has been made, Plaintiff agrees that this action will be dismissed with prejudice as to all Defendants.

Dated: August 1, 2019

| | |
|---|---|
| /s/ Andrew W. Hutton | /s/ Jared B. Briant |
| Andrew W. Hutton, KS Bar No. 10264 | Jared B. Briant (CO # 35773) |
| Blake A. Shuart, KS Bar No. 24463 | Faegre Baker Daniels LLP |
| Anne M. Hull, KS Bar No. 14436 | 1144 Fifteenth Street, Suite 3400 |
| P.O. Box 638 | Denver, CO 80202-2569 |
| Wichita, KS 67201-0638 | Telephone: 303-607-3500 |
| Telephone: 316-688-1166 | Facsimile: 303-607-3600 |
| Facsimile: 316-686-1077 | jared.briant@faegrebd.com |
| Email: Andrew.hutton@huttonlaw.com | |
| Blake.shuart@huttonlaw.com | |
| Anne.hull@huttonlaw.com | |

**Counsel for Plaintiff**

        Linda S. Svitak (MN # 0178500)
Delmar R. Ehrich (MN # 0148660)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  612-766-7000
Facsimile:   612-766-1600
linda.svitak@faegrebd.com
delmar.ehrich@faegrebd.com

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Margaret M. Zylstra, hereby certify that on August 1, 2019 the foregoing Stipulation of Voluntary Dismissal was filed and made available to all counsel of record via CM/ECF.

        *Margaret M. Zylstra*

.